UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SEAN PAUL REYES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-07339 |
| | ) | |
| v. | ) | Magistrate Judge Valdez |
| | ) | |
| RICHARD VOLANTI, | ) | Judge Seeger |
| DETECTIVE MONACO, | ) | |
| OFFICER GHILONI, and RUTH SIABA | ) | Jury Demand |
| Individually, the CITY OF BERWYN, | ) | |
| A Municipal Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO FILE HIS FIRST AMENDED COMPLAINT**

NOW COMES the Plaintiff, by and through his attorneys, Gregory E. Kulis and Associates, Ltd., and in support of his motion, states as follows:

1. Plaintiff's complaint alleges that the Plaintiff Sean Reyes is a resident of the State of Illinois.

2. Plaintiff's complaint is inaccurate because at the time of the incident his legal residence was in fact the State of New York.

3. Plaintiff wishes to revise paragraph 3 to state: "The Plaintiff, Sean Paul Reyes, is a resident of the State of New York."

WHEREFORE the Plaintiff prays that this change be made in the face of the complaint, or alternatively, Plaintiff be given leave to file his First Amended Complaint.

                                                      Respectfully submitted,

                                                      By: /s/Gregory E. Kulis
                                                      Gregory E. Kulis and Associates, Ltd.

Gregory E. Kulis #6180966
Gregory E. Kulis and Associates, Ltd.
134 North LaSalle Street, Suite 444
Chicago, Illinois 60602
p. (312) 580-1830

## **CERTIFICATE OF SERVICE**

    The undersigned non-attorney hereby certifies that the above **Plaintiff's Motion to File His First Amended Complaint** was filed on April 26, 2023 with the Northern District of Illinois ECF System, serving a copy on all parties.

                                                            */s/ Allison Blanchard*
                                                             Allison Blanchard