UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEAN PAUL REYES, ) | |
| ) | Case No. 1:22-cv-07339 |
| Plaintiff, ) | |
| v. ) | Honorable Maria Valdez |
| ) | |
| RICHARD VOLANTI, et al. ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

**NOW COMES** the Plaintiff, Sean Paul Reyes, by and through his attorneys, Gregory E. Kulis & Associates, Ltd., and the Defendants, Richard Volanti, et al., by and through their counsel, Del Galdo Law Group, LLC., jointly submit the following status report, per this Court's March 29, 2023, Minute Entry [Dkt. 15]:

I. **Nature of the Case**

    a. **Counsel for Plaintiff:**

        **Atty. Gregory E. Kulis**
        Gregory E. Kulis & Associates Ltd.
        134 N. LaSalle Street, Suite 444
        Chicago, IL, 60602

    b. **Counsel for Defendants:**

        **Atty. Cynthia S. Grandfield**
        Del Galdo Law Group, LLC
        111 N. Wabash Ave., Suite 908
        Chicago, IL 60602

**Claims:**
Count I: False Arrest/Seizure
Count II: Civil Conspiracy
County III: Malicious Prosecution
Count IV: City of Berwyn/Indemnification

**Relief Sought:**

Plaintiff Sean Paul Reyes prays for judgment in his favor and against the Defendants, Richard Volanti, Detective Monaco, officer Ghiloni, and Ruth Siaba, individually, in an amount of fair and reasonable compensatory damages, punitive damages, attorneys' fees and costs for being arrested without probable cause, for the aggravation of anxiety, distress, and expenses of his arrest and defense of the prosecution.

Plaintiff further prays for damages in an amount that is determined to be fair and reasonable by this Court or by a jury.

## II. Status of Pending Motions

At this time, there are no pending motions before this Court.

## III. Discovery Schedule

This Court set and accepted the parties Proposed Schedule as follows: any amendments to the pleadings are due by 6/30/23; fact discovery shall be completed by 9/29/23; and dispositive motions are due 11/3/23 [Dkt. 15].

## IV. Discovery Process

At this point, the parties have not exchanged written Discovery but are in the process of exchanging Interrogatories and Requests for Production.

## V. Jury Demand

The Plaintiff has demanded a jury trial.

## VI. Settlement Discussions

The City has previously requested that the Plaintiff send a settlement demand so that the City can begin the process of engaging in settlement discussions. The City would request that the Plaintiff do that in the next 14 days.

Plaintiff is not opposed to sending a settlement demand within fourteen (14) days as requested. Plaintiff is also open to a settlement conference. The City needs to first get a settlement demand and then review with the City Council to determine if a settlement conference would be fruitful.

**Dated:** Tuesday, June 6, 2023

*Respectfully submitted,*

*/s/ Gregory E. Kulis*
Atty. Gregory E. Kulis
Gregory E. Kulis & Associates Ltd.
134 N. LaSalle Street, Suite 444
Chicago, IL 60602
p. 312.580.1830 / f: (312) 580-1839
e. gkulis@kulislawltd.com
e. service@kulislawltd.com
*Attorneys for Plaintiff*


*/s/ Cynthia Grandfield*
**Del Galdo Law Group, LLC**
111 N. Wabash Ave., Suite 908
Chicago, Illinois 60602
312-222-7000
e. grandfield@dlglawgroup.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the above **Joint Status Report** was filed on June 6, 2023 with the Northern District of Illinois ECF System, serving a copy on all parties.

*/s/ Gregory E. Kulis*
Gregory E. Kulis

**Atty. Gregory E. Kulis**
**Gregory E. Kulis & Associates Ltd.**
**134 N. LaSalle Street, Suite 444**
**Chicago, IL 60602**
**p. 312.580.1830 / f: (312) 580-1839**
e. gkulis@kulislawltd.com
e. service@kulislawltd.com

4