UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEAN PAUL REYES, ) | |
| ) | Case No. 1:22-cv-07339 |
| Plaintiff, ) | |
| v. ) | Honorable Maria Valdez |
| ) | |
| RICHARD VOLANTI, et al. ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

**NOW COMES** the Plaintiff, Sean Paul Reyes, by and through his attorneys, Gregory E. Kulis & Associates, Ltd., and the Defendants, Richard Volanti, et al., by and through their counsel, Del Galdo Law Group, LLC., jointly submit the following status report on whether the Parties would like to participate in a settlement conference, per this Court's July 19, 2023, Minute Entry [Dkt. 27]:

I. **Interest in Participating in Settlement Conference**

   a. Plaintiff propounded his formal settlement demand on Defendants on June 8, 2023.

   b. Both Plaintiff and Defendants would like to proceed with and participate in a settlement conference.

   c. The Parties request that this Honorable Court set a short status date to discuss availability to schedule a settlement conference.

**Dated:** Thursday, July 27, 2023

*Respectfully submitted,*

*/s/ Vincenzo B. Caporale*
Vincenzo B. Caporale, No. 6335651
Gregory E. Kulis & Associates Ltd.
134 N. LaSalle Street, Suite 444
Chicago, IL 60602
p. 312.580.1830 / f: (312) 580-1839

1

    e. **gkulis@kulislawltd.com**
    e. **service@kulislawltd.com**
*Attorneys for Plaintiff*

*/s/ Cynthia Grandfield*
**Del Galdo Law Group, LLC**
111 N. Wabash Ave., Suite 908
Chicago, Illinois 60602
312-222-7000
e. grandfield@dlglawgroup.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the above **Joint Status Report** was filed on July 27, 2023, with the Northern District of Illinois ECF System, serving a copy on all parties.

                                                    */s/ Vincenzo B. Caporale*
                                                    Vincenzo B. Caporale

**Vincenzo B. Caporale, No. 6335651**
**Gregory E. Kulis & Associates Ltd.**
**134 N. LaSalle Street, Suite 444**
**Chicago, IL 60602**
**p. 312.580.1830 / f: (312) 580-1839**
**e. gkulis@kulislawltd.com**
**e. vcaporale@kulislawltd.com**