UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SEAN PAUL REYES, | ) | |
| | ) | Case No. 1:22-cv-07339 |
| Plaintiff, | ) | |
| v. | ) | Honorable Maria Valdez |
| | ) | |
| RICHARD VOLANTI, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

**NOW COMES** the Plaintiff, Sean Paul Reyes, by and through his attorneys, Gregory E. Kulis & Associates, Ltd., and the Defendants, Richard Volanti, et al., by and through their counsel, Del Galdo Law Group, LLC., and lead counsel Cynthia S. Grandfield, jointly submit the following status report, per this Court's December 15, 2023, Minute Entry [Dkt. 46]:

1. This Honorable Court submitted an Order on December 15, 2023, ordering the parties to submit a Joint Status Report. [Dkt. 46].

2. The Plaintiff and his counsel have a few remaining depositions to conduct in order to bring this matter to a resolution.

3. On December 5, 2023, the Parties conducted a settlement conference with Judge Cole, but, at everyone's best efforts, the matter could not be settled.

4. On December 15, 2023, lead counsel for Plaintiff, Gregory Kulis, and lead counsel for Defendants, Cynthia Grandfield, conferred and agreed upon a motion to extend fact discovery for sixty days was agreed upon.

5. Beyond this report, the Parties have submitted a Joint Motion to this Honorable Court in order to complete fact discovery – the parties have requested until February 16, 2024.

1

6. The parties request that a dispositive motion deadline of March 29, 2024 be set for dispositive motions be set and that expert deadlines be set after any dispositive motions have been decided or the deadline to file dispositive motions has passed without the filing of same, whichever comes first.

**Dated:** Monday, December 18, 2023

*Respectfully submitted,*

*/s/ Gregory E. Kulis*
Atty. Gregory E. Kulis
Atty. Scott P. Granfeldt
**Gregory E. Kulis & Associates Ltd.**
134 N. LaSalle Street, Suite 444
Chicago, IL 60602
p. 312.580.1830 / f: (312) 580-1839
e. gkulis@kulislawltd.com
e. service@kulislawltd.com
*Attorneys for Plaintiff*


*/s/ Cynthia Grandfield*
**Del Galdo Law Group, LLC**
111 N. Wabash Ave., Suite 908
Chicago, Illinois 60602
312-222-7000
e. grandfield@dlglawgroup.com
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above **Joint Status Report** was filed on December 18, 2023 with the Northern District of Illinois ECF System, serving a copy on all parties.

*/s/ Gregory E. Kulis*
Gregory E. Kulis