IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEAN PAUL REYES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD VOLANTI, DETECTIVE )<br>MONACO, OFFICER GHILONI, RUTH )<br>SIABA GREEN, individually, and the )<br>CITY OF BERWYN, )<br>a municipal corporation, )<br>)<br>Defendants. ) | Case No. 22 CV 07339 |

**PLAINTIFF'S MOTION TO COMPEL**

**NOW COMES** the Plaintiff, **SEAN PAUL REYES**, by and through his attorneys of Gregory E. Kulis & Associates, Ltd., and in support of his Motion to Compel the Depositions of all named Defendants, states the following:

1. This action was filed before this Court on December 30, 2022.

2. The discovery deadline is currently set for March 15, 2024. [Dkt. 54].

3. On February 26, 2024, Plaintiff served defense counsel with a Notice of Video Deposition in order to depose all named defendants: (1) Ruth Siaba; (2) Richard Volanti; and (3) Detective Monaco via video conference. **(see Exhibit A).**

4. Counsel for defendants acknowledged said Notice and the date, time, and conditions of depositions were mutually agreed upon by both parties.

5. On February 27, 2024, Plaintiff served again an amended Notice of Video Deposition upon counsel for Defendants. **(see Exhibit B).**

1

6. Counsel for Defendants notified counsel for Plaintiff on March 1, 2024, that they would not agree to the depositions being conducted via video conference after initially agreeing upon the February 26, 2024, notice of deposition for all named defendants.

7. Plaintiff has recently filed a Motion to Extend Fact Discovery in order to conduct the final depositions that remain. [Dkt. 54].

8. Defense counsel's objection to the terms of deposing all named Defendants has unduly prejudiced the Plaintiff from prosecuting his case.

9. On March 1, 2024, lead counsel for Plaintiff and lead counsel for Defendants attempted (pursuant to FRCP Rule 37.2) to hash out differences and come to an agreement but no agreement was reached as to the terms of the video depositions.

10. Pursuant to the Federal Rules of Civil Procedure, Plaintiff has the right to have the depositions of all named Defendants on video.

11. Counsel for defendants notified Plaintiff's counsel they would be sending and filing a Protective Order and proposed language for said Order, but Plaintiff has not received anything to that effect.

12. In order to efficiently prosecute his case, not waste this Court's time, and to abide by the recently extended fact discovery deadline, Plaintiff is filing the current motion to compel the oral testimony of the above-listed named defendants via video conference.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court grant his motion and order the Defendants to make themselves available to attend their video-taped depositions, to and reimburse Plaintiff for all costs and attorney's fees associated with bringing this motion, along with any other relief that this Court deems equitable, reasonable, and just.

                                              **Respectfully submitted,**
                                              **Plaintiff Sean Paul Reyes**

                                              By: */s/ Scott P. Granfeldt*

**Atty. Scott P. Granfeldt**
**Atty. Gregory E. Kulis**
**Gregory E. Kulis & Associates, Ltd.**
**134 N. LaSalle, #444**
**Chicago, Illinois 60602**
**p. 312-580-1830**
e. service@kulislawltd.com
e. gkulis@kulislawltd.com

3