UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEAN PAUL REYES, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:22-cv-07339 |
| ) | |
| v. ) | Magistrate Judge Valdez |
| ) | |
| RICHARD VOLANTI, ) | Judge Seeger |
| DETECTIVE MONACO, ) | |
| OFFICER GHILONI, and RUTH SIABA ) | Jury Demand |
| Individually, the CITY OF BERWYN, ) | |
| A Municipal Corporation, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

TO:   Cynthia Grandfield
    Del Galdo Law Group, LLC
    1441 South Harlem Ave.
    Berwyn, IL 60402
    grandfield@dlglawgroup.com

**YOU ARE HEREBY NOTIFIED** that pursuant to the Rules of Civil Procedure for the United States District Court for the Northern District of Illinois, the Notice of Depositions of Richard Volanti, Detective Monaco, and Ruth Siaba will be taken via zoom before a certified court reporter on the date and time indicated below:

| **DEPONENT** | **DATE** | **TIME** | **LOCATION** |
|---|---|---|---|
| Ruth Siaba | March 4th 2024 | 9:30am | Zoom |
| Richard Volanti | March 4th 2024 | 12:00pm | Zoom |
| Detective Monaco | March 4th 2024 | 3:00pm | Zoom |

**YOU ARE HEREBY FURTHER NOTIFIED** pursuant to the rules made and provided that you are, by this notice required to have present on the date, at the time and place aforesaid, said deponent for oral examination. The deponent is requested to bring to their deposition any and all documents, statements, reports, notes or other information regarding the subject of the lawsuit.

   */s/ Scott Granfeldt*
   One of Plaintiff' Attorneys

**134 North LaSalle Street, Suite 444**
**Chicago, Illinois 60602**
p. (312) 580-1830 / f. (312) 580-1839
sgranfeldt@kulislawltd.com
service@kulislawltd.com

**CERTIFICATE OF SERVICE**

I, Zoe Swenson, a non-attorney, certify that on Monday, February 26th 2024, I caused the above-mentioned Notice of Deposition to be served via electronic mail to the service list before the hour of 5:00 p.m.

/s/ Zoe Swenson
Zoe Swenson