**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SEAN PAUL REYES,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-07339 |
| | ) | |
| v. | ) | Magistrate Judge Valdez |
| | ) | |
| **RICHARD VOLANTI,** | ) | Judge Seeger |
| **DETECTIVE MONACO,** | ) | |
| **OFFICER GHILONI, and RUTH SIABA** | ) | Jury Demand |
| Individually, the **CITY OF BERWYN,** | ) | |
| A Municipal Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VIDEO DEPOSITION

TO: Cynthia Grandfield
Del Galdo Law Group, LLC
1441 South Harlem Ave.
Berwyn, IL 60402
grandfield@dlglawgroup.com

**YOU ARE HEREBY NOTIFIED** that pursuant to the Rules of Civil Procedure for the United States District Court for the Northern District of Illinois, the Notice of Depositions of Richard Volanti, Detective Monaco, and Ruth Siaba will be taken at 134 N. La Salle St. Suite 444 Chicago IL 60602 before a certified court reporter and recorded via video on the date and time indicated below:

| **DEPONENT** | **DATE** | **TIME** | **LOCATION** |
|---|---|---|---|
| Ruth Siaba | March 4th 2024 | 9:30am | Gregory E. Kulis and Associates Ltd. |
| Richard Volanti | March 4th 2024 | 12:00pm | Gregory E. Kulis and Associates Ltd. |
| Detective Monaco | March 4th 2024 | 3:00pm | Gregory E. Kulis and Associates Ltd. |

**YOU ARE HEREBY FURTHER NOTIFIED** pursuant to the rules made and provided that you are, by this notice required to have present on the date, at the time and place aforesaid, said deponent for oral examination. The deponent is requested to bring to their deposition any and all documents, statements, reports, notes or other information regarding the subject of the lawsuit.

*/s/ Scott Granfeldt*
One of Plaintiff' Attorneys

**134 North LaSalle Street, Suite 444**
**Chicago, Illinois 60602**
p. (312) 580-1830 / f. (312) 580-1839
sgranfeldt@kulislawltd.com
service@kulislawltd.com

**CERTIFICATE OF SERVICE**

    I, Zoe Swenson, a non-attorney, certify that on Tuesday, February 27th 2024, I caused the above-mentioned Notice of Deposition to be served via electronic mail to the service list before the hour of 5:00 p.m.

/s/ Zoe Swenson
Zoe Swenson