UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEAN PAUL REYES, ) | |
| Plaintiff, ) | |
| ) | Case No. 22 CV 7339 |
| v. ) | |
| ) | |
| RICHARD VOLANTI, et al. ) | |
| ) | |

**DEFENDANT RUTH SIABA GREEN'S ANSWER TO INTERROGATORIES**

1. State your full name, work address, positions you held, your date of birth and approximate height and weight on November 8, 2021.

**ANSWER: Ruth Siaba Green states that she is the City Administrator and can be contacted via counsel in this cause. She objects to providing her date of birth and approximate height and weight as an unwarranted invasion of privacy and on grounds of relevance.**

2. State the full name and address of each person who witnessed or claims to have witnessed any interaction between you and Sean Paul Reyes on November 8, 2021, at the Berwyn Police Station and City Hall.

**ANSWER: Pursuant to Rule 33(d), Ruth Siaba Green refers Plaintiff to the police report generated in this cause.**

3. State the name and address of each person who was not present but has knowledge or information of any interaction between you and Sean Paul Reyes on November 8, 2021.

**ANSWER: None.**

4. Please state the name(s), address(es) and contact information of each person you communicated with concerning the interaction between you and Sean Paul Reyes on November 8, 2021.

**ANSWER: Ruth Siaba Green states that she communicated with the following individuals regarding her interaction with Mr. Reyes on November 8, 2021: Mayor Robert Lovero, City of Berwyn's Legal Counsel, law enforcement who prepared the police report, and the Cook County State's Attorney's Office.**

1

EXHIBIT B

5. Please identify precisely what you were doing and where you were located just prior to observing Sean Paul Reyes on November 8, 2021.

**ANSWER: I was in my office with my administrative assistant Tricia Powers and Detective Robert Monaco conducting City business. Ruth Siaba Green further refers the Plaintiff, again, to the police report pursuant to Rule 33(d).**

6. State your assigned duties on November 8, 2021, and the circumstances surrounding how, on November 8, 2021, you or any other Berwyn Police Officers were called to City Hall. Include the names of all the officers present at the scene, how you were notified to be there and by whom, including the names of any individuals who provided you with information regarding any suspicious activity at that location.

**ANSWER: Ruth Siaba Green states that she is not a police officer and assumes this interrogatory is not directed at her.**

7. State, with specificity, what criminal act(s), if any, you observed Sean Paul Reyes commit on November 8, 2021. For each act:
a. The specific actions which amounted to said alleged criminal act(s);
b. The location at which the act(s) was/were allegedly committed; and
c. Your specific location in relation to Sean Paul Reyes when you observed said act(s).

**ANSWER: Pursuant to Rule 33(d), Ruth Siaba Green refers Plaintiff to the police report, criminal court case file and the criminal complaint filed against him. Ruth Siaba Green further states that Plaintiff was trespassing and engaging in disorderly conduct in that he was being disruptive, going into areas not open to the public, and not leaving or stopping his camera even when asked to do so. Ruth Siaba Green further notes that the people that Reyes was continuing to film despite their alarm and upset – which took them away from their daily duties as regular line office workers – so, putting the legality to the side, this was deplorable behavior that Mr. Reyes was engaging in for absolutely no other purpose than the sake of his own profit in posting to social media.**

8. State the nature of any conversation you had with Sean Paul Reyes on November 8, 2021, and state:
a. Who initiated the conversation;
b. Where and when the conversation took place; and
c. The names, addresses, and phone numbers of any individuals, including officers and civilians, present during the conversation.

**ANSWER: I was in my office with my administrative assistant Tricia Powers and Detective Robert Monaco conducting City business when I observed a person filming in the 2nd floor hallway of City Hall outside of my office. (Contact information for these two individuals can be found within the Police Report.) I had just received a call from a concerned employee on the first floor informing them that a person who was not conducting City business or identifying themselves to staff was filming within City Hall. I approached the individual filming and asked if I could be of assistance. They informed me that they were filming in a public space as was their right. I asked them to stop filming as per a sign on our front door indicated that filming individuals without their permission was not allowed within City Hall. Detective Monaco then began addressing the person filming, and I believe that he called for assistance to address the issue from the Berwyn Police Department.**

9. Did you write any reports and/or statements regarding your encounter with Brian Bianco on November 8, 2021? If so, name and/or describe each report and/or statements you wrote, when you wrote it, and who is now in possession of said report(s).

**ANSWER: Ruth Siaba Green presumes that Plaintiff intends to reference Mr. Reyes. Ruth Siaba Green again refers the Plaintiff to the police report pursuant to Federal Rule of Civil Procedure 33(d).**

10. Did you give any statements, oral/written/recorded, regarding your involvement in the incident which occurred on November 8, 2021? If so, please identify when and where the statement was given/taken, the identities of all the individuals present when the statement was given/taken, and the identity of the custodian of such statement(s).

**ANSWER: I gave my statement only to the police officer writing the police report regarding the incident, the City's legal counsel, and members of the Cook County State's Attorney's Office.**

11. State what actions you took or attempts you made to arrest Sean Paul Reyes on November 8, 2021.

**ANSWER: Ruth Siaba Green is not a police officer. She presumes that this interrogatory is only directed to the police officers in this cause.**

12. Were you ever employed with any other law enforcement agency other than the Berwyn Police Department? If so, state: a. The name of the law enforcement agency; b. The dates of your employment with said agency;

3

EXHIBIT B

c. Whether any citizen complaint was ever filed against you, the date the complaint was filed, the name of the complainant and the circumstances and disposition of the complaint and/or investigation; and

d. Whether any law or drug enforcement agency complaint or investigation was filed or opened against you, the name of the complainant and the circumstances and disposition of the complaint and/or investigation.

**ANSWER: Ruth Siaba Green again states that she is not a police officer.**

13. Have you ever been disciplined as a police officer or as a municipal employee? If so, state the nature of the charge against you, the date the charge was filed, the date upon which you were disciplined, and the nature of any such disciplinary action.

**ANSWER: Ruth Siaba Green objects to this request as not being limited in time or scope. Nevertheless and without waiving said objection, Ruth Siaba Green states that she has not been disciplined in the five years preceding the November 8, 2021 incident.**

14. Have you ever been the subject of an investigation by any other agency besides the Berwyn Police Department? If so, please state the name of the law enforcement agency and officers involved in the investigation, the date of the investigation(s), the status and result/disposition of each investigation, what documents are in your possession concerning said investigation(s), and whether you were represented by an attorney or other representative during said investigation(s).

**ANSWER: Ruth Siaba Green again states that she is not a police officer.**

15. Has a verbal or written citizen complaint ever been filed against you with the Berwyn Police Department or Berwyn City Government or any other disciplinary body governing the Berwyn Police Department? If so, state the date the complaint was filed, the name of the complainant, and the circumstances and disposition of the complaint and/or investigation.

**ANSWER: Ruth Siaba Green states that she is not a police officer. With respect to a citizen complaint Ruth Siaba Green states that she has never had a complaint filed against her during her 14 years with the City of Berwyn.**

16. Have you ever been a defendant in a civil or criminal case prior to this litigation? If so, please state the case number, the name of the case, the status of the case, and year filed.

**ANSWER: No.**

EXHIBIT B

17. Did you make any postings or contributions via any identity or virtual presence on the internet under your own name or any pseudonym or alias, such as an e-mail account or on a blog or on YouTube or on a social networking site including, but not limited to, "Facebook," "Instagram," "MySpace," "Twitter," "LinkedIn," "SnapChat," or "Parler," related in any way to your actions associated with the incident complained of in Plaintiff's complaint on November 8, 2021? If yes, explain in detail each and every posting or other contribution, including the specific website and/or account identification, the nature of the posting/contribution and whether the posting/contribution included a photograph or video. **Furthermore, you are requested pursuant to Federal Rule of Civil Procedure 34 not to alter, amend, delete, or destroy any electronically-stored data currently or previously stored thereon, including for example, metadata.**

ANSWER:   No.

18. Have you ever been arrested? If yes, without referring to any documents, state for each arrest: a. the date and time you were arrested;
b. identify the law enforcement agency and officers who arrested you;
c. identify the charge(s) filed or cited against you;
d. identify the judicial jurisdiction in which the arrest occurred;
e. state whether you pleaded guilty or not guilty;
f. if the arrest resulted in a judicial, administrative, or regulatory disposition, state:
i. the Court, or administrative or regulatory agency;
ii. the judge, or administrative or regulatory hearing officer;
iii. the charges; and
iv. the disposition of those charges.

**ANSWER: Ruth Siaba Green objects to the relevance, admissibility and scope of this question.  Nonetheless and without waiving said objection, Ruth Siaba Green states no.**

19. In chronological order, identify each occupation or job you've had within the last 10 years and with respect to each employer, state:
a. The name and address of each employer;
b. The date of commencement and termination of each such employment;
c. The positions you held in each such employment;
d. the weekly average wages or earnings in such employment;
e. a general description of your job duties when you began and any subsequent changes in the job for each such employment;
f. whether a physical examination was required prior to employment, and if so, the place, date and person giving such examination; and
g. the name of your immediate foreman, supervisor, or superior at each such place of employment.

**ANSWER: Ruth Siaba Green states that she has been employed with the City of Berwyn as its City Administrator. She has held the following positions in the City in the past 10 years: Assistant City Administrator, then City Administrator. Ruth Siaba Green declines to provide her wages and earnings on grounds of relevance. She states the same with respect to whether a "physical examination" was requirement. This again appears to be geared towards police officers.**

20. Have you ever seen or met Sean Paul Reyes before November 8, 2021? If so, state:
a. The date of each meeting;
b. What physical contact, if any, you had;
c. What verbal contact, if any, you had;
d. Where you saw or met him.

**ANSWER: No.**

        Respectfully submitted,

        By: */s/ Cynthia S. Grandfield*

Cynthia S. Grandfield (ARDC No. 6277559)
Sean M. Sullivan
DEL GALDO LAW GROUP, LLC
111 N. Wabash, Suite 908
Chicago, Illinois 60602
(312) 222-7000 (t)
grandfield@dlglawgroup.com
sullivan@dlglawgroup.com

6

EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEAN PAUL REYES, ) | |
| Plaintiff, ) | |
| ) | Case No. 22 CV 7339 |
| v. ) | |
| ) | |
| RICHARD VOLANTI, et al. ) | |
| ) | |

## CERTIFICATION

I, Ruth Siaba Green, do hereby certify, pursuant to Fed. R. Civ. P. 33(b), that the answers provided to Plaintiff's interrogatories are true and correct to the best of my knowledge.

*Ruth Siaba Green*

_____
Ruth Siaba Green

EXHIBIT B