## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SEAN PAUL REYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 22 CV 07339 |
| RICHARD VOLANTI, DETECTIVE | ) | |
| MONACO, OFFICER GHILONI, RUTH | ) | |
| SIABA [GREEN][1], individually, and the | ) | |
| CITY OF BERWYN, | ) | |
| a municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### AMENDED NOTICE OF DEPOSITION

To:     Gregory E. Kulis (#6180966)
        GREGORY E. KULIS & ASSOCIATES, LTD.
        134 North LaSalle Street, Suite 444
        Chicago, Illinois 60602
        p. (312) 580-1830 / f. (312) 580-1839
        gkulis@kulislawltd.com
        service@kulislawltd.com

        YOU ARE HEREBY NOTIFIED that pursuant to the Fed. R. Civ. P. 30, the undersigned will take a deposition of the following person before a Court Reporter at the Del Galdo Law Group, LLC, 111 N. Wabash, Ste. 908, Chicago, Illinois, 60602, on the date and time indicated:

Sean Paul Reyes on November 8th, 2023 at 2:00 p.m.

---

[1] Throughout the course of the complaint, Reyes interchanges "Ruth Siaba" with "Ruth Siaba Green." As her name is "Ruth Siaba Green," the "Green" is reflected in brackets for the sake of consistency and clarity.

EXHIBIT C

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that she caused a copy of the foregoing NOTICE OF DEPOSITION to be served on the persons named below via email delivery on October 18, 2023.

By: */s/ Cynthia S. Grandfield*

Cynthia S. Grandfield

EXHIBIT C