Request for public records in accordance with the Freedom of Information Act



**City of Berwyn**
Margaret Paul, City Clerk
6700 W 26th Street • Berwyn IL 60402
Ph: (708) 788-2660  Fax: (708) 788-2675
Berwyn-IL.gov
*mpaul@ci.berwyn.il.us*
*sanderson@ci.berwyn.il.us*

City Hall FOIA

23-841

### 1 REQUESTOR

FULL NAME: Sean Paul Reyes
ORGANIZATION: Long Island Audit Inc
MAILING ADDRESS: 66 S. Village drive
CITY/ZIP: Bellport NY 11713
AREA CODE & PHONE:
FAX:
EMAIL: LONG ISLAND AUDIT @ Gmail.com

### 2 INFORMATION REQUESTED

Be specific: Provide names, addresses, dates and any other information which will aid in responding to your request.

1. Cost of law firm as of today 11/7
1. Invoices for Del Galdo law group pertaining to Reyes lawsuit

Is this request for commercial purposes? ☐ YES ☐ NO   Police Department

Failure to disclose a request is for commercial purposes is against the law and violators may be prosecuted.

2. Internal affairs report / conclusion for Reyes IA complaint

### 3 DELIVERY

☐ I will inspect the documents in the Clerk's Office.
☐ Deliver documents to me via: ☐ Fax ☐ Email ☐ U.S. Mail ☐ Call me for pick-up
☐ I request certification of these documents. $1.00 fee.

**NOTE:** The first 50 black & white, letter or legal size copies are free; additional pages are $.15 each. Other sizes or color pages are charged at cost.

Rec'd by: Paul 11/7/2023        **DUE DATE:** 11/14/2023

☐BLDG ☐WATER ☒FINANCE ☐COLLECTOR ☐FIRE ☐POLICE ☐ADMIN ☐CLERK ☐IT ☐PW ☒LEGAL ☐OTHER

REMARKS

REVIEWED BY        DATE        ☐ Approved  ☐ Denied

COB/CLERK REV 11/22/22

EXHIBIT D