Cynthia Grandfield <grandfield@dlglawgroup.com>

**Fwd: Scam artist insider tip**
1 message

**From:** Ethan Macomber <ermenterprisetrust@gmail.com>
**Date:** December 6, 2023 at 12:57:36 AM GMT+1
**To:** grandfield@dlglawgroup.com
**Subject: Scam artist insider tip**

Hey, just wanted you to know you're a piece of shit garbage domestic terrorist tyrant mafia gang supporting unethical corrupt piece of government loving trash, I can't wait to donate and pay for anyone's legal fees coming against you, you seem like an unprofessional terrible heartless human being that cared only about money

You're the textbook letter of why people think lawyers are trash humans

Grow a heart and get s life and a real profession you bottom of the dumpster barrel trash , can't believe this country has to have people like you allowed to be here

EXHIBIT E