

Cynthia Grandfield &lt;grandfield@dlglawgroup.com&gt;

**Fwd: Hey Cynthia LOL**
1 message

Begin forwarded message:

From: "J.P" &lt;rdskn9@gmail.com&gt;
Date: December 6, 2023 at 7:09:37 AM GMT+1
To: grandfield@dlglawgroup.com
Subject: Hey Cynthia LOL

https://www.youtube.com/live/1M4QiBAEuM8?si=d9VT8uGiEc1IA5hL

Your a clown      and I'm looking forward to reviewing his settlement agreement once he drops it and when you decide to the settle on his number NOT your numbers your clients already lost and by the way  Mr.Reyes has enough money to afford any attorney and drag this case of for another 5 years by making more than 300k a year off youtube views solely not including all the other checks from his won settlements..

EXHIBIT F