# LETTER OF INTENT TO SUE

SeanPaul Reyes
~~[address redacted]~~
~~[phone redacted]~~
LongIslandAudit@gmail.com

Effective Date: August 16 2022

**RE: NOTICE OF INTENT TO FILE LAWSUIT**

Dear City of Berwyn, Ruth Siaba Green, Detective Monaco, Sgt. Volanti,

This letter of intent to sue shall serve as a formal notice that SeanPaul Reyes intends to commence a lawsuit against you due to the following: Unlawful Arrest, Excessive Force, 1st Amendment Violation, 4th Amendment Violation

**I. THE PLAINTIFF.** SeanPaul Reyes (the "Plaintiff").

**II. THE DEFENDANT.** City of Berwyn, Ruth Siaba Green, Detective Monaco, Sgt. Volanti (the "Defendant").

**III. SETTLEMENT DEMAND.** As a result of your actions, the Plaintiff is willing to resolve the matter by you meeting the following demands: Termination Of Ruth Siaba Green (City Administrator), Public Apology Letter, 1st Amendment Training For Berwyn PD & City Employees & $75,000.00

This offer to cure and/or settle this matter outside of court and avoid a lawsuit is valid for 30 days from the Effective Date.

**IV. GOVERNING LAW.** This Letter of Intent shall be governed under the laws of the State of Illinois.

Sincerely,

_[signature]_
SeanPaul Reyes

Page 1

EXHIBIT G