

Cynthia Grandfield <grandfield@dlglawgroup.com>

## Re: [ACTION REQUIRED] Notice of Depositions | Reyes v. Volanti, et al. (1:22-cv-07339)

1 message

**Cynthia Grandfield** <grandfield@dlglawgroup.com>  Fri, Mar 1, 2024 at 9:20 PM
To: Gregory Kulis <gkulis@kulislawltd.com>

Dear Counsel:

Please see attached.

Sincerely and thanks,

*--Cynthia*

Cynthia S. Grandfield, Partner
Del Galdo Law Group, LLC
grandfield@dlglawgroup.com
**note new phone number please**
(312) 222-7000 ext. 205

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.  Unless expressly stated in this email, nothing in this message should be construed as a digital or electronic signature. To reply to our email administrator directly, please send an email to info@dlglawgroup.com

On Fri, Mar 1, 2024 at 2:44 PM Cynthia Grandfield <grandfield@dlglawgroup.com> wrote:
> Counsel:
>
> As I said, pursuant to Rule 37 and ILND LR 37.2, I will send you proposed protective order language later today.  I will note that you previously had agreed that the depositions would not be video recorded in consideration for the multiple extensions of time you requested to take these depositions.