## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SEAN PAUL REYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 22 CV 07339 |
| RICHARD VOLANTI, DETECTIVE | ) | |
| MONACO, OFFICER GHILONI, RUTH | ) | |
| SIABA [GREEN][1], individually, and the | ) | |
| CITY OF BERWYN, | ) | |
| a municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED PROTECTIVE ORDER

The parties agree, pursuant to Fed. R. Civ. P. 26(c), that any deposition taken in this cause that is recorded audio-visually (via video) pursuant to Fed. R. Civ. P. 30(b)(3) shall not be utilized outside the court proceedings in any manner, including but not limited to, posting online, on social media, or transmitting via electronic mail.

ENTER:

_____

Magistrate Judge Maria Valdez

Date:_____

---

[1] Throughout the course of the complaint, Reyes interchanges "Ruth Siaba" with "Ruth Siaba Green." As her name is "Ruth Siaba Green," the "Green" is reflected in brackets for the sake of consistency and clarity.

EXHIBIT I