# Zoe Swenson

| | |
|---|---|
| **From:** | Zoe Swenson |
| **Sent:** | Friday, March 1, 2024 10:30 AM |
| **To:** | Cynthia Grandfield |
| **Cc:** | Scott Granfeldt; Tyler Hill; Gregory Kulis |
| **Subject:** | RE: [ACTION REQUIRED] Notice of Depositions | Reyes v. Volanti, et al. (1:22-cv-07339) |

Hello Counselor Grandfield,

I passed this all along to Attorney Kulis directly—decision-making like this is outside of what I can really do as a paralegal. He gave you a call just now, concerning the matter, if you could give us a call back whenever you can we'd really appreciate it. Thank you.

Warm Regards,

Zoe Swenson
Paralegal
Gregory E. Kulis & Associates, Ltd.
134 N. LaSalle Street, Suite 444
Chicago, IL 60602
(312) 580-1830
www.kulislawltd.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Unless expressly stated in this email, nothing in this message should be construed as a digital or electronic signature.

---

**From:** Cynthia Grandfield <grandfield@dlglawgroup.com>
**Sent:** Friday, March 1, 2024 9:37 AM
**To:** Zoe Swenson <zswenson@kulislawltd.com>
**Cc:** Scott Granfeldt <sgranfeldt@kulislawltd.com>; Tyler Hill <thill@kulislawltd.com>; Gregory Kulis <gkulis@kulislawltd.com>
**Subject:** Re: [ACTION REQUIRED] Notice of Depositions | Reyes v. Volanti, et al. (1:22-cv-07339)

Hi Zoe - I'm sorry. I just noticed this has it listed as being recorded via video. We will not be appearing for any video given your client's blog channel.

There are 2 options: (1) you can send me an amended notice without video and just have a court reporter; (2) we will not appear and will file a protective order so that it not be recorded via video.

Please let me know which one is selected. If I do not hear from you by noon, we will not be appearing.

Thank you,

--*Cynthia*

1

Cynthia S. Grandfield, Partner
Del Galdo Law Group, LLC
grandfield@dlglawgroup.com
**note new phone number please**
(312) 222-7000 ext. 205

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.  Unless expressly stated in this email, nothing in this message should be construed as a digital or electronic signature. To reply to our email administrator directly, please send an email to info@dlglawgroup.com

On Fri, Mar 1, 2024 at 9:09 AM Cynthia Grandfield <grandfield@dlglawgroup.com> wrote:

> Dear Zoe:
>
> Thank you for your patience; they have all confirmed.
>
> Cynthia
>
>> On Feb 29, 2024, at 3:45 PM, Cynthia Grandfield <grandfield@dlglawgroup.com> wrote:
>>
>> I have followed up, but I am not yet certain.  Following up again.....
>>
>> Cynthia S. Grandfield, Partner
>> Del Galdo Law Group, LLC
>> grandfield@dlglawgroup.com
>> **note new phone number please**
>> (312) 222-7000 ext. 205
>>
>> The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.  Unless expressly stated in this email, nothing in this message should be construed as a digital or electronic

signature. To reply to our email administrator directly, please send an email to info@dlglawgroup.com

On Thu, Feb 29, 2024 at 1:57 PM Zoe Swenson <zswenson@kulislawltd.com> wrote:

Hello Ms. Grandfield,

Can you confirm the attendance of the rest of these officers? We want to go ahead and book the Court Reporters.

Warm Regards,

Zoe Swenson

Paralegal

Gregory E. Kulis & Associates, Ltd.

134 N. LaSalle Street, Suite 444

Chicago, IL 60602

(312) 580-1830

www.kulislawltd.com

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.  Unless expressly stated in this email, nothing in this message should be construed as a digital or electronic signature.

**From:** Zoe Swenson
**Sent:** Tuesday, February 27, 2024 3:57 PM
**To:** Cynthia Grandfield <grandfield@dlglawgroup.com>
**Cc:** Scott Granfeldt <sgranfeldt@kulislawltd.com>; Tyler Hill <thill@kulislawltd.com>
**Subject:** RE: [ACTION REQUIRED] Notice of Depositions | Reyes v. Volanti, et al. (1:22-cv-07339)

Hello Ms. Grandfield,

Here's the Amended Notice of Deposition reflecting the location being updated to our offices. We have also made the decision to video-record these depositions, which the Notice reflects.

Warm Regards,

Zoe Swenson

**From:** Zoe Swenson
**Sent:** Monday, February 26, 2024 3:54 PM
**To:** Cynthia Grandfield <grandfield@dlglawgroup.com>
**Cc:** Scott Granfeldt <sgranfeldt@kulislawltd.com>; Tyler Hill <thill@kulislawltd.com>
**Subject:** RE: [ACTION REQUIRED] Notice of Depositions | Reyes v. Volanti, et al. (1:22-cv-07339)

Hello Ms. Grandfield,

That's fine. We can have these depositions at the same date and time at our offices at 134 N. La Salle St. Chicago IL. I will send an amended notice momentarily.

Warm Regards,

Zoe Swenson

Paralegal

Gregory E. Kulis & Associates, Ltd.

134 N. LaSalle Street, Suite 444

Chicago, IL 60602

(312) 580-1830

www.kulislawltd.com

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.  Unless expressly stated in this email, nothing in this message should be construed as a digital or electronic signature.

**From:** Cynthia Grandfield <grandfield@dlglawgroup.com>
**Sent:** Monday, February 26, 2024 3:47 PM
**To:** Zoe Swenson <zswenson@kulislawltd.com>
**Cc:** Scott Granfeldt <sgranfeldt@kulislawltd.com>; Tyler Hill <thill@kulislawltd.com>
**Subject:** Re: [ACTION REQUIRED] Notice of Depositions | Reyes v. Volanti, et al. (1:22-cv-07339)

Hi, I expressly said I will ***not*** agree to have these taken via Zoom given your client's tendencies.  Please let me know if you can still take those depositions on that date if they are in person.

Thank you,

*--Cynthia*

Cynthia S. Grandfield, Partner
Del Galdo Law Group, LLC

grandfield@dlglawgroup.com
**note new phone number please**
(312) 222-7000 ext. 205

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Unless expressly stated in this email, nothing in this message should be construed as a digital or electronic signature. To reply to our email administrator directly, please send an email to info@dlglawgroup.com

On Mon, Feb 26, 2024 at 10:27 AM Zoe Swenson <zswenson@kulislawltd.com> wrote:

> Hello Ms. Grandfield,
>
> Please see the attached letter from Attorney Kulis, along with an amended Notice of Deposition scheduling the deposition of these Defendants.
>
> Regards,
>
> Zoe Swenson
>
> Paralegal
>
> Gregory E. Kulis & Associates, Ltd.
>
> 134 N. LaSalle Street, Suite 444
>
> Chicago, IL 60602
>
> (312) 580-1830
>
> www.kulislawltd.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Unless expressly stated in this email, nothing in this message should be construed as a digital or electronic signature.

**From:** Zoe Swenson
**Sent:** Wednesday, February 21, 2024 2:26 PM
**To:** Cynthia Grandfield <grandfield@dlglawgroup.com>
**Cc:** Scott Granfeldt <sgranfeldt@kulislawltd.com>; Tyler Hill <thill@kulislawltd.com>
**Subject:** [ACTION REQUIRED] Notice of Depositions | Reyes v. Volanti, et al. (1:22-cv-07339)

Good Afternoon Ms. Grandfield,

I hope you're enjoying the nice weather. Attached, please find a Notice of Deposition from Attorney Scott Granfeldt for the case Reyes v. Volanti (1:22-cv-07339). Right now, this Notice just reflects tentative dates since we would like to get something on the books that's available for both parties. However, since that discovery deadline is coming up on us pretty quickly--March 15th 2024, by our records—we only have a limited number of times that are available to conduct a deposition. Below is our only availability for the period between now and the close of discovery. Please let us know as soon as you can which times work, so we can go ahead and get these dates firmly set in our calendar.

**3/4 - any time after 12 PM**

**3/6 - any time after 12 PM**

**3/8 – any time**

**3/13 - 11 AM and any time after**

**3/14 – any time before 1 PM**

We also understand that you previously wanted these to be conducted at your office—please let us know if that is still the case so we can go ahead and reflect that in our Notice of Deposition.

Thank you,

Zoe Swenson

Paralegal

Gregory E. Kulis & Associates, Ltd.

134 N. LaSalle Street, Suite 444

Chicago, IL 60602

(312) 580-1830

www.kulislawltd.com

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.  Unless expressly stated in this email, nothing in this message should be construed as a digital or electronic signature.