## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sean Paul Reyes

                          Plaintiff,

v.                                                  Case No.: 1:22–cv–07339
                                                        Honorable Maria Valdez

Richard Volanti, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 12, 2024:

      MINUTE entry before the Honorable Maria Valdez: As set forth more fully in the accompanying written order, Plaintiff's motion to compel [55] is granted in part and denied in part, and Defendants' cross−request for a protective order and sanctions is granted in part and denied in part. The Court hereby extends the deadline for the completion of fact discovery to 3/29/24 so the outstanding depositions may be completed. Dispositive motions are now due 5/10/24. The written status date of 3/18/24 is stricken. The parties are to file a joint status report by 4/1/24 confirming that fact discovery has been completed. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.