**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SEAN PAUL REYES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 22 CV 07339 |
| RICHARD VOLANTI, DETECTIVE | ) | |
| MONACO, OFFICER GHILONI, RUTH | ) | |
| SIABA [GREEN], individually, and the | ) | |
| CITY OF BERWYN, | ) | |
| a municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO STRIKE PLAINTIFF's MOTION TO COMPEL AND FOR
EXTENSION OF TIME TO COMPLETE THREE DEPOSITIONS**

NOW COMES the Defendants by and through their attorney Cynthia S.
Grandfield of Del Galdo Law Group, LLC and in support of their motion argues:

1. The only date that Plaintiff's counsel proposed was March 22, 2024 for all
three depositions.  Not one question as to availability for Defendants.

2. Defense counsel is unavailable that date.  The reason she is unavailable is
because she flew in DC for the Federal Bar Association late this evening. Tomorrow
(March 21st) she will be on Capitol Hill meeting with Illinois Senators and
Representatives and advocating for increased federal judicial security and federal
court funding as part of her work on the national Government Relations Committee
for the FBA.  On Friday, March 22, 2024, as defense counsel is a Fellow for the
Foundation for the Federal Bar Association, she will be participating in other

events - including a dinner with Justice Ketanji Brown Jackson.  This was planned months in advance.

3.  With respect to the last week of March, one of the deponents is going to be on vacation and defense counsel will be out of the country.  Thus, the alternative of April 1st was proposed as an alternative – within 24 hours of them telling Plaintiff's counsel that March 22nd would not work.

4.  On Tuesday, March 19th, after hearing back from Plaintiff's counsel as to how much time he needed to complete these depositions and his own travel plans, defense counsel explained that she had had a medical procedure and that she felt a little woozy that day but would file something in a day or two.

5.  Apparently, Plaintiff's counsel felt that defense counsel being "nonresponsive" "necessitated" their motion.  It did not. Their motion is a waste of the Court's time and defense counsel's time.  Defense counsel requests that the motion to be compel be denied and that it be stricken within the common law meaning of a motion to strike.

4.    An additional two weeks' extension of time is requested to take these three depositions pursuant to Fed. R. Civ. P. 6(b)(1)(A) for good cause shown. Plaintiff's counsel has already proposed and agreed that this timeframe is workable.

5.    Defense counsel will confirm a deposition date by Friday.

WHEREFORE, the Defendants respectfully requests that Plaintiff's motion

to compel be stricken and denied and that Defendants' motion for an extension of

time be granted and that Plaintiff's counsel be given until April 12, 2024 to

complete these three depositions.

Respectfully submitted,
Defendants

By: */s/ Cynthia S. Grandfield*

Cynthia S. Grandfield (ARDC No. 6277559)
Sean M. Sullivan
DEL GALDO LAW GROUP, LLC
111 N. Wabash, Suite 908
Chicago, Illinois 60602
(312) 222-7000 (t)
grandfield@dlglawgroup.com