

Cynthia Grandfield <grandfield@dlglawgroup.com>

## Re: Notice of Defendant Depositions | Sean Paul Reyes v. Richard Volanti, et al.
1 message

**Cynthia Grandfield** <grandfield@dlglawgroup.com>  Tue, Mar 19, 2024 at 6:51 PM
To: Gregory Kulis <gkulis@kulislawltd.com>

Ok, I'll confer with all of them tomorrow and get something on file in the next day or so.   Sorry for delayed response - med procedure today and a bit woozy here…:

Cynthia

> On Mar 19, 2024, at 9:31 AM, Gregory Kulis <gkulis@kulislawltd.com> wrote:
>
> we need more time.  i am out of state easter weekend.  An additional week would work
>
> Sent from my iPhone
>
>> On Mar 18, 2024, at 5:43 PM, Cynthia Grandfield <grandfield@dlglawgroup.com> wrote:
>>
>>
>> I was in depositions all day and just got your message.  I'm happy to file a motion to extend the one business day if you're available on the 1st - is that what you're asking for or do you need something else?
>>
>>> On Mar 14, 2024, at 6:38 PM, Cynthia Grandfield <grandfield@dlglawgroup.com> wrote:
>>>
>>>
>>> I am going to be out of the country the last week of March and one of the deponents is going on vacation that last week as well.  We can agree to take it one business day after or I can file something for one extra day, or.....?
>>>
>>> Please let me know your preference.
>>>
>>> Sincerely and thanks,
>>>
>>> --Cynthia
>>>
>>>
>>> Cynthia S. Grandfield, Partner
>>> Del Galdo Law Group, LLC

grandfield@dlglawgroup.com
\*\*note new phone number please\*\*
(312) 222-7000 ext. 205

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Unless expressly stated in this email, nothing in this message should be construed as a digital or electronic signature. To reply to our email administrator directly, please send an email to info@dlglawgroup.com

On Thu, Mar 14, 2024 at 5:35 PM Gregory Kulis <gkulis@kulislawltd.com> wrote:

> Discovery closes on the 29th of march?
>
> Best,
>
> Gregory E. Kulis
>
> Managing Partner
>
> Gregory E. Kulis & Associates, Ltd.
>
> 134 N. LaSalle Street, Suite 444
>
> Chicago, IL 60602
>
> gkulis@kulislawltd.com
>
> (312) 580-1830
>
> <image001.png>

**PLEASE NOTE OUR <u>NEW ADDRESS, ABOVE</u>. Beginning November 23, 2022, we are <u>NO LONGER LOCATED AT</u>**

30 N. LaSalle Street, Suite 2140

Chicago, Illinois 60602

***Please be advised that service of legal documents is <u>NOT</u> accepted at this email address. Pursuant to Illinois Supreme Court Rules 11(b)(6) and 131(d)(1), the only email address at which e-service is accepted is*** service@kulislawltd.com.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Unless expressly stated in this email, nothing in this message should be construed as a digital or electronic signature.

**From:** Cynthia Grandfield <grandfield@dlglawgroup.com>
**Sent:** Wednesday, March 13, 2024 12:32 PM
**To:** Zoe Swenson <zswenson@kulislawltd.com>
**Cc:** Scott Granfeldt <sgranfeldt@kulislawltd.com>; Gregory Kulis <gkulis@kulislawltd.com>
**Subject:** Re: Notice of Defendant Depositions | Sean Paul Reyes v. Richard Volanti, et al.

Dear All:

All deponents are alternatively available 04.01.2024.

Sincerely and thanks,

*--Cynthia*

Cynthia S. Grandfield, Partner
Del Galdo Law Group, LLC
grandfield@dlglawgroup.com
**note new phone number please**
(312) 222-7000 ext. 205

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.  Unless expressly stated in this email, nothing in this message should be construed as a digital or electronic signature. To reply to our email administrator directly, please send an email to info@dlglawgroup.com

On Tue, Mar 12, 2024 at 4:20 PM Cynthia Grandfield <grandfield@dlglawgroup.com> wrote:

> Unfortunately, that date is unavailable.  I will seek out alternative dates today.
>
> Thank you,
>
> *--Cynthia*
>
> Cynthia S. Grandfield, Partner
> Del Galdo Law Group, LLC
> grandfield@dlglawgroup.com
> **note new phone number please**
> (312) 222-7000 ext. 205
>
> The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.  Unless

expressly stated in this email, nothing in this message should be construed as a digital or electronic signature. To reply to our email administrator directly, please send an email to info@dlglawgroup.com

On Tue, Mar 12, 2024 at 2:16 PM Zoe Swenson <zswenson@kulislawltd.com> wrote:

> Good Afternoon Ms. Grandfield,
>
> Attached, please find a Notice of Deposition for Defendants Ruth Siaba, Richard Volanti, and Detective Monaco for March 22nd, 2024 at our offices at 134 N. La Salle, Suite 444, Chicago IL 60602. Please note these depositions will be video recorded.
>
> Warm Regards,
>
> Zoe Swenson
>
> Paralegal
>
> Gregory E. Kulis & Associates, Ltd.
>
> 134 N. LaSalle Street, Suite 444
>
> Chicago, IL 60602
>
> (312) 580-1830
>
> www.kulislawltd.com
>
> The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.  Unless expressly stated in this email, nothing in this message should be construed as a digital or electronic signature.