## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sean Paul Reyes

                          Plaintiff,

v.                                             Case No.: 1:22–cv–07339
                                                      Honorable Maria Valdez

Richard Volanti, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 21, 2024:

      MINUTE entry before the Honorable Maria Valdez: Plaintiff's Second Motion to Compel and Motion for Extension [62] [63] is granted in part and denied in part and Defendants' Motion to Strike Plaintiff's Motion to Compel and for Extension of Time to Complete Three Depositions [65] is granted in part and denied in part. The Court hereby extends the deadline for the completion of fact discovery to 4/12/24 so the outstanding depositions may be completed. Dispositive motions are now due 5/24/24. Plaintiff's request for costs and attorney's fees is denied. The written status date of 4/1/24 is stricken. The parties are to file a joint status report by 4/18/24 confirming that fact discovery has been completed. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.