UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SEAN PAUL REYES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-07339 |
| | ) | |
| v. | ) | Magistrate Judge Valdez |
| | ) | |
| RICHARD VOLANTI, | ) | |
| DETECTIVE MONACO, | ) | |
| OFFICER GHILONI, and RUTH SIABA | ) | |
| GREEN Individually, the CITY | ) | Jury Demand |
| OF BERWYN, A Municipal Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL

NOW COMES, one of Plaintiff's attorneys of record, Scott Granfeldt, pursuant to Rule 83.17 of the United States Northern District of Illinois, hereby moving this Honorable Court for leave to withdraw his appearance in this matter, for the reasons stated below:

1. Attorney Scott Granfeldt is an attorney licensed to practice law in the State of Illinois and in the United States District Court for the Northern District of Illinois.

2. Attorney Granfeldt has filed an appearance in this matter for the Plaintiff, Sean Paul Reyes.

3. Attorney Granfeldt will no longer be employed at Gregory E. Kulis and Associates, Ltd. effective Monday, April 1st, 2024.

4. Additional attorneys currently represent Plaintiff and will continue to represent Plaintiff diligently and ably going forward.

5. This withdrawal will not prejudice Plaintiff's representation nor cause any undue delay in this proceeding.

WHEREFORE, Attorney Scott Granfeldt respectfully requests that this Honorable Court grant him leave to withdraw and enter an order terminated his appearance in this case.

Dated: April 1st 2024

Respectfully submitted,

/s/ Scott Granfeldt _____
Gregory E. Kulis and Associates Ltd.

**Gregory E. Kulis and Associates Ltd.**
**134 N. La Salle Street Suite 444**
**Chicago Illinois 60602**
**p. (312)580-1830 / f. (312)580-1839**
**e. vcaporale@kulislawltd.com**
**e. service@kulislawltd.com**

**CERTIFICATE OF SERVICE**

The undersigned non-attorney hereby certified that the above Plaintiff's Motion to Withdraw as Counsel was filed on April 1st, 2024 with the Northern District of Illinois ECF System, serving a copy on all parties.

/s/ Tyler Hill_____
Tyler Hill