IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | | |
|---|---|---|
| George D. Metz, II, | ) | C/A No. 8:23-cv-01159-DCC-KFM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Easley South Carolina, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This is a § 1983 action filed by the plaintiff.  The plaintiff is a state prisoner currently incarcerated at Kirkland Correctional Institution.  He has paid the filing fee and is represented by legal counsel.  Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

On September 18, 2023, the undersigned issued a report and recommendation recommending that the instant matter be dismissed (doc. 30).  On May 1, 2024, the Honorable Donald C. Coggins, Jr., United States District Judge, declined to adopt the report and recommendation (in part based on new information clarified by the plaintiff in his objections) and recommitted the matter to the undersigned so that service of process could be authorized (doc. 39).

**TO THE CLERK OF COURT**:

The Clerk of Court is directed to issue the summons and to forward copies of this Order, the summons, the amended complaint (doc. 25), and the Form USM-285 to the United States Marshal for service of process as to the defendant.  The Clerk of Court shall calculate the 90-day period for service of process under Rule 4(m) from the date on which the summons is issued.  *Robinson v. Clipse*, 602 F.3d 605, 608–09 (4th Cir. 2010) (tolling during initial review).  *A copy of this Order must be provided to the United States Marshal*.

**TO THE UNITED STATES MARSHAL**:

The United States Marshal shall serve the amended complaint on the defendant.  The time limit to accomplish service is governed by Rule 4(m) of the Federal Rules of Civil Procedure.  The 90-day limit established by Rule 4(m) will not run during the initial review of this case; therefore, the 90 days begins on the date on which the summons is issued.

The United States Marshals Service is advised that it must expend a reasonable investigative effort to locate a defendant once a defendant is properly identified. *See Greene v. Holloway*, No. 99-7380, 2000 WL 296314, at *1 (4th Cir. 2000) (citing with approval *Graham v. Satkoski*, 51 F.3d 710 (7th Cir. 1995)).  If the information provided by the plaintiff on the Form USM-285 is not sufficient for the Marshal to effect service of process, after reasonable investigative efforts have been made to locate a properly

identified defendant, the Marshal should so note in the "Remarks" section at the bottom of the Form USM-285.

## TO THE DEFENDANT:

The defendant is directed to file an answer to the amended complaint or otherwise plead. The defendant and the defendant's attorneys are, hereby, notified that all dispositive motions from the defendant must be filed no later than forty-five (45) days after the answer has been filed. Hence, with respect to the filing of dispositive motions by the defendant, this Order is also a scheduling order.

## TO THE PLAINTIFF:

The plaintiff **must** provide, and is responsible for, information sufficient to identify the defendant on the Forms USM-285. The United States Marshal cannot serve an inadequately identified defendant. **An Unserved Defendant may be dismissed as a party to this case if not served within the time limit governed by Rule 4(m) and this Order.**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, any documents filed subsequent to the initial pleading must be served on parties. Unless otherwise ordered, service of subsequently filed documents on a defendant represented by an attorney is made on the attorney. Service on attorneys who have made an appearance in this Court is effected by the Court's Electronic Case Filing system through a computer generated notice of electronic filing. However, prior to the defendants' attorneys making an appearance in this Court, the plaintiff must serve the defendants with any documents the plaintiff files subsequent to the initial pleading and file a certificate of service that states who was served, what document was served, and how the document was served.

**IT IS SO ORDERED.**

s/ Kevin F. McDonald
United States Magistrate Judge

May 9, 2024
Greenville, South Carolina