# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Sean Paul Reyes

Plaintiff(s),

v.

Richard Volanti et al

Defendant(s).

Case: 22 cv 7339

Judge: Maria Valdez

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $     ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered granting Defendants' motion for summary judgment. Judgment is entered in favor of Defendants Richard Volanti, Detective Monaco, Ruth Siaba, City of Berwyn, and against Plaintiff Sean Paul Reyes.

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Maria Valdez pursuant to motion [81].

Date:  1/14/2025                              Thomas G. Bruton, Clerk of Court

                                              Lisa K. Provine , Deputy Clerk