Gmail

**FW: New Voice Message from HUNTER,CANDICE (706) 393-4640 on 02/04/2025 10:08 AM**

1 message

**Ruth Siaba Green** <​​​​​​​​​>        Tue, Feb 4, 2025 at 10:45 AM
To: ''

**Sent:** Tuesday, February 4, 2025 10:10 AM
**To:** Ruth Siaba Green <​​​​​​​​​>
**Subject:** New Voice Message from HUNTER,CANDICE (706) 393-4640 on 02/04/2025 10:08 AM

**AVAYA CLOUD OFFICE®** by RingCentral        **Voice Message**

Dear Ruth Siaba Green,

You have a new voice message:

| | |
|---|---|
| **From:** | HUNTER,CANDICE (706) 393-4640 |
| **Received:** | Tuesday, February 04, 2025 at 10:08 AM |
| **Length:** | 00:36 |
| **To:** | Ruth Siaba Green |

**Voicemail Preview:**

"Hello. I am calling because I am a traveling photo journalist. I mainly cover sports events, but I am going to be coming gre the city in the next couple of days and I was trying to see if I would be able to record in the city hall, um, you know, just trying to see if that would be okay. I Do not want anybody freaking out or anything like that. If you could call me back at 706-393-4640. That would be greatly appreciated. My name is Savion Hunter, thank you."

**EXHIBIT A**

Thank you for using Avaya Cloud Office!

---

By subscribing to and/or using Avaya Cloud Office, you acknowledge agreement to our Terms of Use.

© 2025 Avaya.

Avaya and Avaya logo are trademarks of Avaya Intellectual Property.

All other marks, logos, designs and otherwise are the trademarks and intellectual property of RingCentral, Inc.

----------------------------------
NOTICE: EXTERNAL EMAIL
----------------------------------

This email was sent to you from outside the City of Berwyn network.

* Do not rely on the sender's name to verify this message's legitimacy.
* Please verify the sender's email address is legitimate before opening attachments or links.
* Use caution when opening attachments or links from unknown senders.
* Contact the HelpDesk before clicking links or opening attachments if you need to confirm this message's legitimacy.
* The HelpDesk will never send external emails, so if you are reading this disclaimer on an email from HelpDesk or any other IT support, it is not genuine.



### FW: New Voice Message from WIRELESS CALLER (480) 408-1538 on 02/04/2025 10:11 AM

1 message

**Ruth Siaba Green** <​███​>      Tue, Feb 4, 2025 at 10:45 AM
To: '███' <███>

---

**From:** Avaya Cloud Office <​███​>
**Sent:** Tuesday, February 4, 2025 10:12 AM
**To:** Ruth Siaba Green <​███​>
**Subject:** New Voice Message from WIRELESS CALLER (480) 408-1538 on 02/04/2025 10:11 AM

**AVAYA CLOUD OFFICE®** by RingCentral      Voice Message

---

Dear Ruth Siaba Green,

You have a new voice message:

| | |
|---|---|
| **From:** | WIRELESS CALLER (480) 408-1538 |
| **Received:** | Tuesday, February 04, 2025 at 10:11 AM |
| **Length:** | 00:09 |
| **To:** | ███ Ruth Siaba Green |

**Voicemail Preview:**

"You are lying, fat count, you are a liar and you are ******* hunt."

Thank you for using Avaya Cloud Office!

By subscribing to and/or using Avaya Cloud Office, you acknowledge agreement to our Terms of Use.

© 2025 Avaya.

Avaya and Avaya logo are trademarks of Avaya Intellectual Property.

All other marks, logos, designs and otherwise are the trademarks and intellectual property of RingCentral, Inc.

------------------------------------
NOTICE: EXTERNAL EMAIL
------------------------------------

This email was sent to you from outside the City of Berwyn network.

* Do not rely on the sender's name to verify this message's legitimacy.
* Please verify the sender's email address is legitimate before opening attachments or links.
* Use caution when opening attachments or links from unknown senders.
* Contact the HelpDesk before clicking links or opening attachments if you need to confirm this message's legitimacy.
* The HelpDesk will never send external emails, so if you are reading this disclaimer on an email from HelpDesk or any other IT support, it is not genuine.