Case: 1:22-cv-07339 Document #: 115-2 Filed: 02/04/25 Page 1 of 1 PageID #:604



**EXHIBIT B**