# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Sean Paul Reyes

                Plaintiff,

v.                                                     Case No.: 1:22–cv–07339

                                                                      Honorable Maria Valdez

Richard Volanti, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 4, 2025:

    MINUTE entry before the Honorable Maria Valdez: Plaintiff's response to Defendants' Emergency Motion for Order Directed to Plaintiff Sean Reyes to Remove Videotaped Deposition from His YouTube Channel; Compel Reyes to Comply with Prior Court Orders; and for Sanctions [115] is due by 2/7/25. A hearing on the motion will be set at a later date if necessary. In the interim, Defendants are granted preliminary relief, and Plaintiff is ordered to take down the video at issue immediately. Failure to do so will result in sanctions against Plaintiff and his counsel. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.