# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Sean Paul Reyes

                Plaintiff,

v.                                      Case No.: 1:22–cv–07339
                                          Honorable Maria Valdez

Richard Volanti, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 6, 2025:

      MINUTE entry before the Honorable Maria Valdez: Hearing on Motion to Withdraw as Counsel [118] is set for 2/19/25 at 10:00 a.m. in Courtroom 1041. Remote and/or telephonic appearances are not allowed. Briefing on the pending emergency motion [115] is stayed, but the preliminary relief granted on 2/4/25 remains in effect until further order of the Court. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.