# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Sean Paul Reyes

                    Plaintiff,

v.                                                 Case No.: 1:22–cv–07339
                                                 Honorable Maria Valdez

Richard Volanti, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 14, 2025:

      MINUTE entry before the Honorable Maria Valdez: Any relief Plaintiff intended to request by the refiling of the First Amended Complaint [122] is denied. Plaintiff's counsel is directed to forward a copy of this order to Plaintiff forthwith. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.