UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Sean Paul Reyes
                        Plaintiff,

v.                                                    Case No.: 1:22–cv–07339
                                                                Honorable Maria Valdez

Richard Volanti, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 19, 2025:

      MINUTE entry before the Honorable Maria Valdez: Hearing held on Attorney Gregory Kulis's Motion to Withdraw as Counsel [118]. For the reasons stated in open court, the motion is granted. Plaintiff's former counsel is directed to remind Plaintiff that court orders are to be followed, and failure to do so could result in further sanctions. Plaintiff's response to Defendants' Motion Emergency Motion for Order Directed to Plaintiff Sean Reyes to Remove Videotaped Deposition from His YouTube Channel; Compel Reyes to Comply with Prior Court Orders; and for Sanctions [115] is due by 3/5/25, and Defendants' reply is due 3/12/25. A hearing may be set at a later date if necessary. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.