FILED
2/19/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
DJ

**UNITED STATES COURT OF APPEALS**

**FOR THE SEVENTH CIRCUIT**

SEAN PAUL REYES,            Case No.: [To be assigned]

Plaintiff-Appellant,

v.

RICHARD VOLANTI,

DETECTIVE MONACO, OFFICER GHILONI,

RUTH SIABA GREEN, and THE CITY OF BERWYN,

Defendants-Appellees.

Appeal from the United States District Court, Northern District of Illinois, Eastern Division

District Court Case No.: 1:22-cv-07339

Honorable Maria Valdez, U.S. Magistrate Judge

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff-Appellant, Sean Paul Reyes, pro se, appeals to the United States Court of Appeals for the Seventh Circuit from:

1. The final judgment and order granting summary judgment in favor of Defendants, entered by the United States District Court for the Northern District of Illinois, Eastern Division, on January 13, 2025.

2. The order dated March 12, 2024 (Dkt. 60), which imposed protective restrictions on the videotaped depositions of Defendants and contained provisions surviving the conclusion of the litigation, including restrictions on the use of deposition footage and the removal of online content related to defense counsel.

This appeal is timely filed pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A), as it is submitted within 30 days of the district court's final judgment.

Respectfully submitted,

Dated: February 12, 2025

Signature: *Sean Paul Reyes*

Sean Paul Reyes (Pro Se)

21 Mt. Snow Lane

Coram, NY 11727

Email: seanpaulreyes91@gmail.com

## CERTIFICATE OF SERVICE

I, Sean Paul Reyes, hereby certify that on February 12, 2025, I served a true and correct copy of the foregoing Notice of Appeal in the following manner:

1. Filed in person with the United States District Court for the Northern District of Illinois, Eastern Division.

2. Served via U.S. Mail and email upon attorneys for Defendants at the following address:

Sean M. Sullivan (#6204611)

Acacia Roberts (#6348401)

DEL GALDO LAW GROUP, LLC

1441 S. Harlem Ave.

Berwyn, IL 60402

Phone: (708) 222-7000

Fax: (708) 222-7001

Email: sullivan@dlglawgroup.com, roberts@dlglawgroup.com


Dated: February 12, 2025

Signature: *Sean Paul Reyes*

Sean Paul Reyes (Pro Se)

21 Mt. Snow Lane

Coram, NY 11727

Email: seanpaulreyes91@gmail.com

Generated: Feb 12, 2025 2:15PM                                                   Page 1/1



# U.S. District Court

### Illinois Northern - Chicago

Receipt Date: Feb 12, 2025 2:15PM

Sean Paul Reyes

| Rcpt. No: 100016457 | | Trans. Date: Feb 12, 2025 2:15PM | | Cashier ID: #GM (6326) | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CA | Cash | | $605.00 |
| | | Total Due Prior to Payment: | $605.00 |
| | | Total Tendered: | $605.00 |
| | | Total Cash Received: | $605.00 |
| | | Cash Change Amount: | $0.00 |

**Comments:** Over the counter filing fee for new appeals case 22cv7339

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.