# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

February 19, 2025

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 25-1272 |
| Caption:<br>SEAN PAUL REYES,<br>   Plaintiff - Appellant<br><br>v.<br><br>RICHARD VOLANTI, et al.,<br>   Defendants - Appellees |
| District Court No: 1:22-cv-07339<br>Magistrate Judge Maria Valdez<br>Clerk/Agency Rep Thomas G. Bruton<br><br>Date NOA filed in District Court: 02/19/2025 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**  (form ID: **188**)