MR

OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Case: 1:22-cv-07339 Document #: 133 Filed: 04/03/25 Page 1 of 2 PageID #:694

22 cv 7339
#129

quadient
FIRST-CLASS MAIL
IMI
$000.69
02/20/2025 ZIP 60604
043M31253314
US POSTAGE

FILED

APR 03 2025 BI

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Sean Paul Reyes
66 S Village Drive
Bellport NY 11713
US

100 NFE 1      8231 0002/26/25
FORWARD TIME EXP    RTN TO SEND
REYES SEANPAUL
21 MOUNT SNOW LN
CORAM NY 11727-2027

RETURN TO SENDER

RECEIVED

APR 03 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT