[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title: Reyes v. Volanti et al    Case Number: 22 CV-007339

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: SeanPaul Reyes

Street Address: 66 S. Village Drive

City/State/Zip: Bellport, NY 11713

Phone Number: 631-660-3544

Signature: [signed]    Executed on (date): 8/18/25

**FILED**
AUG 18 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✓] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

SEANPAULREYES91@gmail.com
E-Mail Address (Please PRINT legibly.)

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]