## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **SEAN PAUL REYES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 22 C 7339** |
| **v.** | ) | |
| | ) | **Magistrate Judge** |
| **RICHARD VOLANTI et al.,** | ) | **Maria Valdez** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Time to File Notice of Appeal Pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A) [Doc. No. 132]. For the reasons that follow, the motion is granted.

## BACKGROUND

On January 14, 2025, this Court entered judgment in this case in favor of Defendants. (*See* Docs. Nos. 111-13.) On February 12, a filing appeared on the docket from Plaintiff. (*See* Doc No. 122.) The filing was a duplicate of Plaintiff's First Amended Complaint which had originally been filed in April 2023. In response to this filing, on February 19, the Court entered an order denying any relief Plaintiff intended to request by the refiling of the First Amended Complaint. (*See* Docs. Nos. 123-24.) That same day, Plaintiff filed a Notice of Appeal regarding several of the Court's orders. (*See* Docs. Nos. 126-28.) On March 25, Plaintiff filed the instant motion requesting that the deadline to file the Notice be extended to February 19, 2025.

Plaintiff explains that the instant motion was filed out of an abundance of caution because he believes he timely filed the Notice of Appeal, but that instead of docketing the Notice, the Clerk's Office accidentally docketed the First Amended Complaint instead. (Mot. at 1-2.) Plaintiff avers that after attempting the file the Notice on February 12, his former attorney contacted him and asked why he had filed an amended complaint with his former attorney's signature on it. (*Id.* at 2.) After some discussion, the two figured out what had happened. (*Id.*) On February 19, Plaintiff says that he contacted the Clerk's Office and received confirmation that it was the Clerk's Office that had erroneously docketed the First Amended Complaint instead of the Notice of Appeal Plaintiff filed. (*Id.*) That same day, the Clerk's Office docketed the Notice, resulting in a six-day delay between the date Plaintiff filed the Notice and the date it was docketed. (*Id.*)

## DISCUSSION

Under Federal Rule of Appellate Procedure 4(a)(1)(A), a party must file a notice of appeal within 30 days after entry of judgment or order appealed from. Fed. R. Civ. P. 4(a)(1)(A). Because judgment was entered in this case on January 14, 2025, Plaintiff had until February 13 the Notice. Under Federal Rule of Appellate Procedure 4(a)(5)(A), a court may extend the time to file a notice of appeal if a party so moves within 30 days or, regardless of the timing, the party shows either excusable neglect or good cause. Fed. R. Civ. P. 4(a)(5)(A).

Here, because Plaintiff filed the Notice on February 12, one day before the expiration of the 30-day period prescribed by Rule 4(1)(1)(A), the Court finds that

the Notice was timely filed. Even if it was not, the Court finds that good cause exists to extend the deadline for Plaintiff to file his Notice because the delay in the Notice being docketed was caused by circumstances outside his control, the delay was only seven days, and there is no apparent prejudice to Defendants. *See Jaburek v. Foxx*, 813 F.3d 626, 629 (7th Cir. 2016) (District court did not abuse its discretion in finding good cause to grant extension of time to file notice of appeal where delay was caused by counsel's health issues, there was minimal delay, and no apparent prejudice to defendant). And, because the Court grants the motion to extend the time to file the Notice, even if it was not timely filed within the original 30-day period, it was timely filed within the extended period.

## CONCLUSION

For the foregoing reasons, Plaintiff's Motion for Extension of Time to File Notice of Appeal Pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A) [Doc. No. 132] is granted.

**SO ORDERED.**                                    **ENTERED:**


**DATE:    December 9, 2025**

**HON. MARIA VALDEZ**
**United States Magistrate Judge**

3