

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SEAN PAUL REYES,

    Plaintiff,

v.                                                                                            Case No. 1:22-cv-07339

RICHARD VOLANTI, DETECTIVE MONACO,               Hon. Maria Valdez

OFFICER GHILONI, RUTH SIABA GREEN,

and CITY OF BERWYN,

    Defendants.

## PLAINTIFF'S MOTION TO DESIGNATE VIDEO DEPOSITIONS AS PART OF THE RECORD ON APPEAL AND TO DIRECT TRANSMISSION UNDER FED. R. APP. P. 10

NOW COMES Plaintiff, Sean-Paul Reyes, pro se, pursuant to Federal Rule of Appellate Procedure 10(a) and 10(e), and respectfully moves this Court to designate the video-recorded depositions of Defendants Volanti, Monaco, Ghiloni, and Siaba-Green as part of the Record on Appeal, and to direct transmission of those video exhibits to the United States Court of Appeals for the Seventh Circuit, and states as follows:

**I. BACKGROUND**

1. On January 13, 2025, this Court entered a Memorandum Opinion and Order granting summary judgment in favor of Defendants on all claims asserted by Plaintiff.

2. Plaintiff timely filed a Notice of Appeal to the United States Court of Appeals for the Seventh Circuit.

3. The Seventh Circuit directed Plaintiff to file an Opening Brief and Short Appendix by January 9, 2025, and Plaintiff intends to reference testimony contained within the video depositions of the individual Defendants.

4. The Court expressly relied upon deposition testimony in its Memorandum Opinion and Order, including Defendant Volanti's deposition testimony regarding the basis for Plaintiff's arrest. (See Memorandum Opinion at pp. 10–11).

5. The referenced testimony was taken by video-recorded deposition, and the complete evidentiary context is material to appellate review of the summary judgment ruling.

## II. LEGAL STANDARD

6. Under Fed. R. App. P. 10(a), the record on appeal includes "the original papers and exhibits filed in the district court," and the "transcript of proceedings."

7. Fed. R. App. P. 10(e)(2) authorizes supplementation of the record when "anything material to either party is omitted from the record by error or accident."

8. The Seventh Circuit requires access to the complete evidentiary foundation when reviewing summary judgment. See Ruffin-Thompkins v. Experian Info. Sols., Inc., 422 F.3d 603, 607 (7th Cir. 2005) ("Appellate review of a summary judgment decision requires access to the entire evidentiary record that was before the district court."). See also Miller v. LG Chem, Ltd., 62 F.4th 126, 134 (7th Cir. 2023); United States v. Smith, 79 F.3d 1208, 1210 (D.C. Cir. 1996).

**III. PROTECTIVE ORDER COMPLIANCE**

9. The Court's March 12, 2024 Protective Order provides that the video deposition recordings may not be disseminated outside "purposes of this litigation."

10. Designation and transmission of the video exhibits to the Court of Appeals for review constitutes continued use for "purposes of this litigation," and Plaintiff does not seek public release at this time.

**IV. REQUEST FOR RELIEF**

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court enter an Order as follows:

(1) Designating the video-recorded depositions of Defendants Volanti, Monaco, Ghiloni, and Siaba-Green as part of the Record on Appeal pursuant to Fed. R. App. P. 10(a) and 10(e); and

(2) Directing the Clerk of the United States District Court for the Northern District of Illinois to transmit the designated video exhibits to the United States Court of Appeals for the Seventh Circuit in an appropriate manner consistent with appellate procedure.

Respectfully submitted,

/s/ Sean-Paul Reyes
Sean-Paul Reyes
Plaintiff Pro Se
66 S. Village Dr.
Bellport, NY 11713
Email: SeanPaulReyes91@gmail.com
Date: December 31, 2025

<u>CERTIFICATE OF SERVICE</u>

I, Sean-Paul Reyes, certify that on December 31, 2025, I served a true and correct copy of the foregoing Plaintiff's Motion to Designate Video Depositions as Part of the Record on Appeal via Electronic Mail upon:

Sean M. Sullivan (#6204611)
Acacia Roberts (#6348401)
DEL GALDO LAW GROUP, LLC
1441 S. Harlem Ave.
Berwyn, IL 60402
sullivan@dlglawgroup.com


/s/Sean-Paul Reyes
Sean-Paul Reyes
Plaintiff Pro Se
Date: December 31, 2025