# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Sean Paul Reyes

                              Plaintiff,

v.                                                    Case No.: 1:22−cv−07339
                                                      Honorable Maria Valdez

Richard Volanti, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 6, 2026:

     MINUTE entry before the Honorable Maria Valdez: Defendants' response to Plaintiff's Motion to Designate Video Depositions as Part of the Record on Appeal and to Direct Transmission Under Fed. R. App. P. 10 [137] is due by 1/16/25. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.