IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEAN PAUL REYES, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 22 cv 07339 |
| RICHARD VOLANTI, DETECTIVE MONACO, OFFICER GHILONI, RUTH SIABA [GREEN], individually, and the CITY OF BERWYN, a municipal corporation, ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

NOW COMES the DEFENDANTS, via their attorney Sean M. Sullivan of Del Galdo Law Group, and respectfully moves this Court to allow the withdrawal of former Del Galdo Law Group attorney Acacia K. Roberts thereby granting leave for her to withdraw her appearance as one of the Defendants' attorneys of record pursuant to Local Rule 83.17 of the United States Northern District of Illinois, and in support states as follows:

1. Attorney Acacia Roberts is an attorney licensed to practice law in the State of Illinois and in the United States District Court for the Northern District of Illinois

2. Attorney Roberts has filed an appearance in this matter for the Defendants, Richard Volanti, Detective Monaco, Officer Ghiloni, Ruth Siaba and City of Berwyn.

3. Attorney Roberts is no longer employed at Del Galdo Law Group, LLC as of Monday, October 20, 2024.

4. Additional attorneys currently represent Defendants and will continue to represent Defendants diligently and ably going forward.

5. This withdrawal will not prejudice Defendants representation nor cause any undue delay in this proceeding.

WHEREFORE, Defendants respectfully requests that this Honorable Court grant former Del Galdo Law Group Attorney Acacia K. Roberts leave to withdraw her appearance in this matter

and enter an order terminating her appearance in this case.

**Dated:** January 13, 2026

                                              Respectfully submitted,

                                  By: _/s/Sean M. Sullivan_
                                        Sean M. Sullivan

Attoreny Sean M. Sullivan
DEL GALDO LAW GROUP, LLC
1441 S. Harlem Ave.
Berwyn, IL 60402
(708) 222-7000
(708) 222-7001 Fax
sullivan@dlglawgroup.com

2