# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Sean Paul Reyes

                Plaintiff,

v.                                       Case No.: 1:22–cv–07339
                                            Honorable Maria Valdez

Richard Volanti, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 13, 2026:

        MINUTE entry before the Honorable Maria Valdez: Defendants' Motion to Withdraw as Counsel of Record [139] is granted. Attorney Acacia K. Roberts is granted leave to withdraw as counsel for Defendants. Mailed notice(lp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.